AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM LOREN HANKINS,

        Defendant.

JUDGMENT

CASE NUMBER: CR-11-51-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Order filed in this case on July 7, 2011, at Ct. Rec. 80, this matter is dismissed with prejudice.

July 7, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson